UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chase,

Plaintiff,

v.

Civil No. 00-2468 (MJD/JGL)

W.R. Grace & Company - Conn.,

Defendant.

Maland,

Plaintiff,

v.

Civil No. 00-2527 (JMR/FLN)

W.R. Grace & Company - Conn.,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 00-2468 having been assigned to Judge Michael J. Davis, and Case No. 00-2527 having later been assigned to Judge James M. Rosenbaum, and said matters being related cases,

**IT IS HEREBY ORDERED** that case number 00-2527 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: December 8, 2000

Judge James M. Rosenbaum
United States District Court

DATED: December 6, 2000

Judge Michael J. Davis
United States District Court

FILED 12-11-00
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS